**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JOHN PAUL CHARLTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 08-0221(PLF)** |
| | ) | |
| **MICHAEL W. WYNNE,** | ) | |
| **SECRETARY OF THE AIR FORCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ———————————————— | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ANSWER OR OTHER RESPONSE**

Defendant, Michael W. Wynne,[1] through his undersigned attorneys, hereby respectfully requests an enlargement of time, to and including May 30, 2008, within which to file his answer or other response to the complaint filed herein. Defendant's answer or other response is now due on April 21, 2008.[2]

This is Defendant's first request for an enlargement of time for this purpose. Plaintiff does not oppose this motion for an enlargement of time.

There is good cause for this motion. Undersigned counsel has not yet received any records relating to the events described in the complaint and, therefore, additional time is needed by counsel to obtain information concerning these allegations in order to properly respond to the complaint. Accordingly, Defendant is requesting an extension of time to and including May 30, 2008, to file his answer or other response to Plaintiff's complaint.

---

[1] Secretary Wynne is named in his official capacity.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JOHN PAUL CHARLTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 08-0221 (PLF) |
| | ) | |
| MICHAEL W. WYNNE, | ) | |
| SECRETARY OF THE AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>ORDER</u>

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of Time to file his answer or other response to the complaint herein, it is this _____ day of April, 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including May 30, 2008, to file his answer or other response to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE