UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN PAUL CHARLTON,

        *Plaintiff*,

v.                          Civil Action No.: 08-0221 (PLF)

MICHAEL W. WYNNE,
Secretary of the Air Force,

        *Defendant*.

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFF
TO FILE OPPOSITION IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff hereby moves for a 30-day enlargement of time in which to file his opposition in response to Defendant's Motion to Dismiss. On June 2, 2008, undersigned counsel consulted with Defendant's counsel, Judith A. Kidwell, who gave her consent to this motion.

The enlargement of time is required because Counsel for Plaintiff has an extraordinarily heavy docket. Plaintiff's opposition is currently due on or before June 10, 2008. If the Court grants this Consent Motion to enlarge time, then Plaintiff's opposition will be due on or before July 10, 2008.

1

WHEREFORE, Plaintiff requests that this enlargement be granted. A minute order is requested.

Respectfully submitted,

/s/
David P. Sheldon (446039)
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575

Attorney for Plaintiff

June 3, 2008

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2008, I caused to be served, via the Court's Electronic Case Filing System, a true and correct copy of the foregoing Consent Motion to Enlarge Time upon Defendant's attorney Judith A. Kidwell.

Respectfully submitted,

/s/
David P. Sheldon (446039)
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575
(202) 546-0135 (fax)

Attorney for Plaintiff

3