UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PAUL CHARLTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 08-0221(PLF) |
| ) | |
| MICHAEL B. DONLEY, ACTING ) | |
| SECRETARY OF THE AIR FORCE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO FILE REPLY**

Defendant, Michael B. Donley,[1] through his undersigned attorneys, hereby respectfully requests an enlargement of time, to and including September 3, 2008, within which to file his reply to Plaintiff's opposition to Defendant's motion to dismiss. Defendant's reply is now due on August 19, 2008.

This is Defendant's first request for an enlargement of time for this purpose. Plaintiff does not oppose this motion for an enlargement of time.

There is good cause for this motion. Undersigned counsel has been out of the office for medical reasons and needs additional time in which to prepare Defendant's reply. Accordingly, Defendant is requesting an extension of time until and including September 3, 2008, to file his reply to Plaintiff's opposition.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

---

[1] Acting Secretary Michael B. Donley is substituted for former Secretary Michael Wynne pursuant to Fed. R. Civ. P. 25(d).

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PAUL CHARLTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 08-0221 (PLF) |
| ) | |
| MICHAEL B. DONLEY, ACTING ) | |
| SECRETARY OF THE AIR FORCE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of Time to file his reply to Plaintiff's opposition to Defendant's motion to dismiss and the entire record, it is this _____ day of August, 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including September 3, 2008, to file his reply to Plaintiff's opposition to Defendant's motion to dismiss.

_____
UNITED STATES DISTRICT JUDGE