UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN PAUL CHARLTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-0221 (PLF) |
| MICHAEL B. DONLEY,<br>  *Secretary, United States Air Force*, | ) ) ) ) | |
| Defendant.[1] | ) ) | |

ORDER

        For the reasons stated in the Memorandum Opinion issued this same day, it is hereby

        ORDERED that Defendant's Motion to Dismiss [4] is DENIED; and it is

        FURTHER ORDERED that on or before May 14, 2009, the parties shall meet, confer, and file a joint report informing the Court how they wish to proceed with the matter, including whether they wish to be referred to settlement discussions before a magistrate judge or court appointed mediator, as well as a joint proposed schedule complying with the requirements of Local Rule 16.3.

        SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 1, 2009

---

[1] The Court has substituted as the defendant Michael B. Donley, the current Secretary of the Air Force, for former Secretary Michael W. Wynne pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.